DATE 7/11/2017　　　　　　　　　　　　CASE NUMBER 4:17CR118 - MAC/CAN
LOCATION Sherman　　　　　　　　　　　USA　　Heather Rattan　　　　　　Assigned
JUDGE Christine A. Nowak　　　　　　　　vs　　Kenneth McGuirk　　　　　　Appeared
DEPUTY CLERK Keary Conrad
COURT REPORTER: Digital Recording　　　　HOWARD GREGG DIAMOND
INTERPRETER: NOT REQUIRED　　　　　　　Defendant
BEGIN: 11:41am / 12:01pm　　　　　　　　DENISE BENSON (standby)
　　　　　　　　　　　　　　　　　　　　Attorney

FILED JUL 11 2017 Clerk, U.S. District Court Texas Eastern Court

- [✓] INITIAL APPEARANCE　　[✓] ARRAIGNMENT　　[ ] DETENTION HEARING

- [✓] Hearing Held　　[✓] Hearing Called　　[✓] Defendant Sworn　　[ ] Interpreter Required

[✓] Dft appears: [ ] with [✓] without counsel　　[ ] pro se　　[ ] Counsel appears on behalf of defendant
　　Appears on: [ ] Complaint [✓] Indictment

[✓] Date of arrest: 7/11/2017　　　　(Other district court & case #) _____

[ ] Dft [✓] advised of charges　　　[✓] advised of maximum penalties　　[ ] Advised of right to remain silent;
　　　[✓] advised of right to counsel　　[✓] received copy of indictment
　　　[ ] received copy of complaint

[✓] Dft first appearance with counsel [ ] CJA appointed [ ] Retained [✓] Federal Public Defender appointed
　　DENISE BENSON

✓ Attorney Appointment hearing held to determine qualification for counsel

[ ] Defendant advises the Court that he/she [ ] has counsel who is _____ or, [ ] will hire counsel.
[ ] If dft cannot retain counsel, the court is to be advised within ___ days so counsel may be appointed.
[✓] Defendant requests appointed counsel, is sworn & examined re: financial status.
[✓] Financial affidavit executed by dft. The court finds the defendant [ ] able [✓] unable to employ counsel.
[✓] _____ appointed　　US Public Defender appointed DENISE BENSON
[✓] Govt motion for detention  [✓] Govt oral motion for continuance　　[ ] Oral Order granting [ ] Oral Order denying
[ ] Defendant oral motion to continue preliminary and detention hearing　　[ ] Oral Order granting [ ] Oral Order denying
[ ] Arraignment and Detention set _____　　[ ] Temp Detention Order Pending Hearing
[ ] Order setting conditions of release　　[ ] PR Bond executed
[ ] Dft signed Waiver of Detention Hearing.
[✓] Defendant remanded to the custody of the United States Marshal.
[ ] Dft motion _____
[ ] Gvt motion _____
[ ] Defendant failed to appear [ ] oral order for arrest warrant;　　[ ] bond forfeited
[ ] Court adjourned.

## ARRAIGNMENT

[ ] Interpreter sworn　　[ ] Initial Appearance held 7/11/17

[✓] Arraignment held　　[✓] Arraignment called　　[ ] Arraignment reset: _____
[✓] Dft [✓] sworn
[✓] Dft [ ] Prob violator [ ] Super Rel violator appears: [✓] with [ ] w/o cnsl [ ] pro se [ ] Cnsl appears on behalf of deft

- [✓] Completed Financial Affidavit __DENISE BENSON__ appointed.
- [ ] Arraignment RESET to: _____

- [ ] Dft [ ] sworn
  - [ ] received copy of charges [ ] discussed charges with counsel [ ] charges read
  - [ ] waived reading of charges

Dft enters a plea of [✓] not guilty [ ] guilty [ ] nolo [ ] guilty - lesser
to counts: [✓]1 [✓]2 [✓]3 [✓]4 [✓]5 [✓]6 [✓]7 [✓]8 [✓]9 [✓]10 [✓]11 [✓]12 [✓] __13-21__
[✓] all counts; [✓] indictment includes forfeiture

- [✓] Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on __JUDGE CRONE, SEPTEMBER 5, 2017 AT 9:00AM IN PLANO, TEXAS__

## DETENTION HEARING

- [✓] Dft [ ] Prob violator [ ] Super Rel violator appears [✓] with [ ] w/o cnsl [ ] pro se [ ] Cnsl appears on behalf of deft
- [ ] Government announced ready. [ ] Govt ORAL Motion to withdraw Motion for Detention [ ] Granted [ ] Denied
- [ ] Dft ORAL Motion to continue Detention Hearing [ ] Granted [ ] Denied
- [✓] Government moves to DETAIN [✓] Government orally requests continuance [✓] Granted [ ] Denied
- [ ] Defendant requests continuance of detention hearing
- [✓] RESET Detention Hrg to: __FRIDAY, JULY 14, 2017 AT 10:00AM BEFORE JUDGE NOWAK__
- [ ] Defendants announced ready. [ ] Detention Hearing waived and remanded to USMO
- [ ] Presumption Case [ ] Conditions of Release entered and Dft released from custody
- [ ] Government witnesses: [ ] Defendant witnesses:
- [ ] PROCEEDINGS:

Court determines to [ ] DETAIN [ ] RELEASE [ ] Order setting conditions of release entered and Dft released [ ] Bond executed
- [ ] Order of Detention [✓] Defendant remanded to custody of U.S. Marshal.