IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR118 |
| | § | Judge Crone |
| HOWARD GREGG DIAMOND (1) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Howard Gregg Diamond**, and the government have entered into an agreement.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on September 28, 2018.

/s/
Heather Rattan