| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 4:17-CR-00118
§
HOWARD GREGG DIAMOND (1) §
§

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The court referred this matter to the United States Magistrate Judge Christine A. Nowak for the administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Nowak conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on the Defendant's guilty plea. The magistrate judge recommended that the court accept Defendant's guilty plea. She further recommended that the court finally adjudge Defendant guilty on Counts One and Nine of the Second Superseding Indictment.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of United States Magistrate Judge Christine A. Nowak are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement and plea agreement addendum until after review of the presentence report. It is further **ORDERED** that in accordance with the Defendant's guilty

plea and the magistrate judge's findings and recommendation, the Defendant, Howard Gregg Diamond, is adjudged guilty of the charged offenses under Title 21 U.S.C. § 846 - Conspiracy to Possess with the Intent to Distribute and Dispense and Distributing and Dispensing of Controlled Substances and Title 18 U.S.C. § 1347 and 2 – Health Care Fraud and Aiding and Abetting.

**Signed this date**
Oct 17, 2018

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE