| | | | |
|---|---|---|---|
| DATE | 5/9/2019 | CASE NUMBER | 4:17cr118(1) |
| LOCATION | Video BMT/PLANO | USA | Heather Rattan    Assigned |
| JUDGE | Marcia Crone | VS | Heather Rattan    Appeared |
| DEPUTY CLERK | Bonnie Sanford | | |
| RPTR/ECRO | Ruth Weese | | HOWARD GREGG DIAMOND |
| TAPE | | | Defendant |
| USPO | Sherry Smith | | |
| INTERPRETER: | | | Peter Schulte and Jonathan Apgar |
| BEGIN 10:13 am / 10:26 am | | | Attorney |

## VIDEO SENTENCING

X . . . . . .   Sentencing held

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 240 months | | | | 5 years | | | $100.00 |
| 9 | 120 months concurrent with count 1 | | $3,139.00 | | 3 years concurrent with count 1 | | | $100.00 |
| | | | | | | | | |

All objections have been resolved.

The court adopts the facts as set forth in the presentence report.

Victim family member Kaylynn Rodes addresses the court.

The court recommends mental health treatment while incarcerated.
The court recommends drug treatment while incarcerated.
The court recommends inmate financial responsibility program while incarcerated.

Govt motion to dismiss remaining counts granted.

Court recommends FCI Ft. Worth, TX.

Defendant remanded to US Marshal.

X . . . . . .   **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**                  ☐ See reverse/attached for additional proceedings                  _____ Adjourn